**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**


**DERRICK ALLEN,**

      **Plaintiff,**

**vs.**                                        **CASE NO. 4:07CV469-RH/AK**

**JAMES MCDONOUGH, et al,**

      **Defendants.**

_____/


**O R D E R**

      Presently before the Court is Defendants' Motion for Extension of Time to respond to the amended complaint.  (Doc. 73).  Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendants shall have through **June 10, 2009**, to file a responsive pleading.

      **DONE AND ORDERED** on this the _17th_ day of April, 2009.


                                  _s/ A.  KORNBLUM_____
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**