# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DERRICK ALLEN,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　**CASE NO. 4:07CV469-RH/AK**

**JAMES R. MCDONOUGH, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion to Compel Discovery. (Doc. 93). Plaintiff does not identify what discovery Defendant allegedly has not complied with, and as such the Court cannot make a determination on the issue, and the motion is **DENIED**. Insofar as the remainder of the "motion" appears to be an offer of settlement, Defendants shall construe it as such and take whatever action they deem appropriate.

**DONE AND ORDERED** this **8th** day of December, 2009.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**